ACCEPTED
03-17-00687-CV
21572396
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/3/2018 10:44 AM
JEFFREY D. KYLE
CLERK

No. 03-17-00687-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/3/2018 10:44:15 AM
JEFFREY D. KYLE
Clerk

RHEJEANNE BERMUDEZ, Appellant,

v.

TEXAS MUTUAL INSURANCE COMPANY, Appellee.

On Appeal from the 250th District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-16-001418

**UNOPPOSED SECOND MOTION TO EXTEND TIME
TO FILE APPELLANT'S BRIEF**

John F. Melton
Email: jmelton@jfmeltonlaw.com
State Bar No. 24013155
THE MELTON LAW FIRM, P.L.L.C.
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
(512) 330-0017 Telephone
(512) 330-0067 Facsimile
ATTORNEY FOR APPELLANT

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Rhejeanne Bermudez, Appellant, and hereby files this Unopposed Second Motion to Extend Time to File Appellant's Brief, and would respectfully show the Court as follows:

I.

The deadline for Appellant's brief is currently due on or before January 17, 2018. Appellant respectfully requests an extension of time to file her brief until January 26, 2018. Counsel for Appellee has stated that he does not oppose this extension. This is the second request for an extension by Appellant to file her brief.

In addition to various depositions, mediations and other matters in other cases, counsel for Appellant had a jury trial in Hays County that lasted from December 4, 2017 until December 13, 2017. Counsel spent the week prior to this trial from November 25 through December 3, 2017 preparing for it. He also attended the out of state funeral of his uncle from November 18-22.

Counsel for Appellant spent most of the week of December 18, 2017 in Dallas for depositions, and then took time off for the Christmas Holiday and New Years.

Counsel for Appellant has a brief due in the Fifth Circuit Court of Appeals on January 15, 2018, and as such needs additional time to prepare the brief in this appeal. As such, counsel for Appellant respectfully requests an extension of time to file the brief from January 17, 2018 until January 26, 2018.

## CERTIFICATE OF CONFERENCE

By my signature below, Counsel for Appellant has conferred with Counsel for Appellee, James A. Hemphill, regarding this motion. Counsel for Appellee has stated that he does not oppose this extension.

/s/ John F. Melton
John F. Melton

## *PRAYER*

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully prays that this Court grant this Unopposed Second Motion to Extend Time to File Brief and grant Appellant an extension to file the brief, making it due on or before January 26, 2018.

Respectfully submitted,

THE MELTON LAW FIRM, P.L.L.C
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
(512) 330-0017 Telephone
(512) 330-0067 Facsimile

/s/ John F. Melton
John F. Melton
Jmelton@jfmeltonlaw.com
State Bar No. 24013155
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

By my signature hereunder affixed, I certify that a true and correct copy of the foregoing document has been transmitted to all parties of record **via email and first class mail**, on this 3rd day of January, 2018, addressed as follows:

James A. Hemphill
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701
(512) 480-5738
(512) 480-5838 (facsimile)
email: jhemphill@gdhm.com

*/s/ John F. Melton*
John F. Melton